Rose Fitz Gerald, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Edna Louise Floyd and Henry Floyd, Respondents, v. Consolidated Indemnity and Insurance Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Mark K. Frank, Appellant, v. Eleanore C. Correll, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Samuel Freeman, Judgment Creditor, v. Dorothy Wolff, Judgment Debtor. Benjamin I. Tunick, Receiver, Appellant; Marlene Realty Corporation, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Samuel Freeman, Judgment Creditor, v. Dorothy Wolff, Judgment Debtor. Benjamin I. Tunick, Receiver, Appellant; Wolomar Realty Corporation, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Esther Frisch, Respondent, v. Menorah Construction Co., Inc., and Others, Defendants; Stoutenburgh Realty Corporation, Appellant.— Motion to vacate order appointing receiver denied. Section 66 of the Civil Practice Act has no application to the situation herein. The question should be reviewed on an appeal from an order denying the relief sought. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Lauretta I. Gerhardt, Respondent, v. Manhattan Beach Park, Inc., and Manhattan Beach Bathing Company, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Philip L. Gerhardt, Respondent, v. Manhattan Beach Park, Inc., and Manhattan Beach Bathing Company, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Raffael Di Naples, an Attorney and Counselor at Law.— The respondent within ten days should submit an amended answer setting forth in detail any defenses to allegations V, VI, VII, VIII, IX and X of the petition in addition to his answer to paragraph XI of the petition which is now on file. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.